

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2025

 **BY EMAIL**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Dan Maerovitz,* **S1 25 Cr. 546 (KPC)**

Dear Judge Lehrburger:

The Government respectfully writes to request that the Court enter the attached unsealing order with respect to the above-referenced Superseding Indictment and related arrest warrant for defendant Dan Maerovitz, who was arrested this morning. The remaining two defendants named in the Superseding Indictment were previously arrested and their charges were unsealed in another charging instrument.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Jane Y. Chong
Assistant United States Attorney
(212) 637-2265

**SO ORDERED.**

_____   Dec. 3, 2025
**The Hon. Robert W. Lehrburger**
**U.S. Magistrate Judge**
**Southern District of New York**