*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Office Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 14, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Maerovitz, et al.*, 25 Cr. 546 (PKC)

Dear Judge Castel:

    The Government respectfully requests that the Court enter the enclosed proposed protective order, which has been signed by all counsel and is narrowly tailored to the needs of the case.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney

                    By:  _____
                              Jane Chong
                              Assistant United States Attorney
                              (917) 763-3172

Cc:    Harvey Fishbein, Esq.
        Jason Foy, Esq.
        Stephen Turano, Esq.