UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                           S1 25 CR 546 (PKC)

        -against-

                                                           ORDER

DAN MAEROVITZ, et al.,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for February 18, 2026 is adjourned until April 16, 2026 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the defense to continue reviewing discovery and for the parties to continue discussing possible pretrial dispositions.  Accordingly, the time between today and April 16, 2026 is excluded.

        SO ORDERED.

_____
        P. Kevin Castel
        United States District Judge

Dated: New York, New York
        February 17, 2026